**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,**
**WESTERN DIVISION**

CHRISTOPHER MCDOWELL                                              PLAINTIFF

VERSUS                          CIVIL ACTION NO. 5:08cv279-DCB-MTP

WILKINSON COUNTY
CORRECTIONAL FACILITY                                             DEFENDANT

FINAL JUDGMENT

This cause is before the Court on the Magistrate Judge's Report and Recommendation [**docket entry no. 4**] that the plaintiff's case be dismissed for failure to state a claim upon which relief can be granted. The Court having adopted in full said Report and Recommendation over the Objection of the plaintiff following a de novo review of that portion of the Report and Recommendation to which the plaintiff objected; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the claims against the defendant are dismissed **WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 9th day of December 2008.

                                              s/ David Bramlette
                                     UNITED STATES DISTRICT JUDGE